# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUSAN KING,
                    Appellant,
vs.
MORGAN STANLEY & CO., INC.;
MORGAN STANLEY SMITH BARNEY,
LLC; MORGAN STANLEY & CO., LLC;
MORGAN STANLEY CAPITAL GROUP,
INC.; TIMOTHY FRANK MCELROY;
AND ALLEN SPAULDING, AN
INDIVIDUAL,
                    Respondents.

No. 76463

FILED

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from an order ostensibly entered June 27, 2018. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals certain jurisdictional defects. Specifically, two documents were filed in the district court on June 27, 2018;[1] one is a proposed order denying appellant's motion for reconsideration. The other is a proposed order granting in part respondents' motion for attorney fees and costs. It is not clear which order appellant wishes to challenge, but neither one has been signed by the judge; accordingly, neither proposed order is appealable. *See Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from

---

[1]An order allowing appellant to proceed in forma pauperis was also filed on June 27, 2018.

18-29861

the bench, the clerk's minute order, and even an unfiled written order cannot be appealed).

Moreover, an order denying a motion for reconsideration is not independently appealable; the appeal must be taken from the final judgment. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007). We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc: Hon. Gloria Sturman, District Judge
Susan King
Allen Spaulding
Schiff Hardin LLP
Eighth District Court Clerk